IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA FULLER                                                                          PLAINTIFF

V.                                          4:09CV00709 JMM

DILLARD'S, INC.                                                                      DEFENDANT

## ORDER

Pending is the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion to Compel and Defendant's Unopposed Motion for Continuance. For good cause shown, the Motion (Docket #28) is GRANTED. Defendant has until May 7, 2010 to respond to the Motion to Compel. If the parties are unable to schedule a mutually agreeable time for Plaintiff's deposition before May 7, 2010, the Court will entertain a further extension. The jury trial set to begin May 5, 2010 is cancelled. The Court will issue a new scheduling order as soon as possible.

IT IS SO ORDERED this 5th day of April, 2010.

_____
James M. Moody
United States District Judge