**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LINDA FULLER**                                                                                       **PLAINTIFF**

**V.**                                                  **4:09CV00709 JMM**

**DILLARD'S, INC.**                                                                                **DEFENDANT**

**ORDER**

Pending is the Plaintiff's Renewed Motion to Compel. The Defendant has responded to the motion. After review of the pleadings, the Court has made the following rulings:

Interrogatory No. 7 and 8 and RFP 8: The Defendant is ordered to provide the information requested in Interrogatories 7 and 8 and RFP 8. The request is limited, however, to employees or former employees making complaints about (1) Ken Maddux, (2) the store manager(s) at the time Plaintiff was an employee of the store, (3) the assistant store manager(s) at the time Plaintiff was an employee of the store, or (4) the department manager(s) in the departments where Plaintiff was employed.

Interrogatory No. 10: The Defendant is ordered to provide the information requested in this interrogatory.

Interrogatory No. 11 and RFP 14 and 19: The Defendant is ordered to provide the information requested for the time period Plaintiff worked at the store. Further, the interrogatories and the request are limited to the Pine Bluff Dillards store.

RFP 17: The Defendant is ordered to provide the information requested in RFP 17. The Defendant need not include information regarding Dillards' purchasing or ordering of shoes for the department, or Dillards' profit margins in the shoe department.

Accordingly, the Motion to Compel (Docket # 41) is GRANTED in part and DENIED in

part.

      IT IS SO ORDERED this 22nd day of September, 2010.

                                                _____
                                                James M. Moody
                                                United States District Judge