*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LINDA FULLER                                                                                    PLAINTIFF

vs.                                      CASE NO. 4:09cv00709 JMM

DILLARD'S INC.                                                                                  DEFENDANT

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge Jerry W. Cavaneau, the Court finds that this case should be dismissed. The jury trial scheduled March 21, 2011 is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE